IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20955
_____

CONTROL SPECIALTIES INCORPORATED, EMPLOYEES
RETIREMENT PLAN; PATRICK W. KELLY, As Administrator
of the Retirement Plan for Employees of Control
Specialties Incorporated,

                              Plaintiffs-Appellants,

v.

TEXAS COMMERCE TRUST COMPANY, N.A., formerly
known as Ameritrust Texas, N.A., formerly known
as M-Trust,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas, Houston
(H-94-CV-722)
_____
November 5, 1997
Before REYNALDO G. GARZA, KING, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.